UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CARLOS D. NELSON, | : | CASE NO. 1:21-cv-1784 |
| | : | |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Carlos D. Nelson seeks judicial review of the Social Security Administration Commissioner's final decision denying his application for Disability Insurance Benefits and Period of Disability.

On January 31, 2023, Magistrate Judge Dowdell Armstrong filed a Report and Recommendation ("R & R") recommending that the Court affirm the Commissioner's final decision.  Plaintiff did not file an objection to the R & R.

The Federal Magistrates Act requires district courts to conduct a de novo review only of objected-to portions of an R & R.  Absent objection, district courts may adopt an R & R without review.  Nevertheless, the Court has reviewed the R & R and concurs in its reasoning and result.

So, the Court **ADOPTS** Magistrate Judge Dowdell Armstrong's R & R, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: March 9, 2023

*s/     James S. Gwin*
JAMES S. GWIN

Case No. 1:21-cv-1784
GWIN, J.

UNITED STATES DISTRICT JUDGE